UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 05, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 2:23mj739 |

*Manuel De Jesus Hernandez Ayala*

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 USC § 3142, a decision on pretrial detention has been made. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I – Findings of Fact

Defendant is charged with entering the United States illegally, after having been deported on an earlier occasion. An immigration detainer has been lodged against this defendant as he/she is subject to deportation if convicted of the pending charges. 8 USC § 1326 (a)(1). There is a serious risk that the defendant will not appear.

### Part II – Written Statement of Reasons for Detention

No appropriate conditions of release are available and defendant has waived his/her right to a hearing on pre-trial detention.

### Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 10/05/2023

Sam S. Sheldon
United States Magistrate Judge